# In the United States Court of Federal Claims

No. 20-909C
Filed: April 27, 2021

---

**CHARLES J. ADAMS, et al.,**

    *Plaintiffs*,

v.

**THE UNITED STATES,**

    *Defendant*.

---

### ORDER

On April 21, 2021, the United States filed its unopposed motion for a protective order. (ECF No. 25). The Court granted that motion, and directed the United States to comply with the Standing Rules Order regarding the submission of proposed orders. (April 21, 2021 Dkt. Order). To date, the United States has not submitted a proposed protective order to chambers, and the Court has not entered a protective order in this case. If the United States no longer believes that a protective order is necessary, it is **ORDERED** to notify the Court by email not later than 12:00 PM (noon) on April 28, 2021. Alternatively, the United States is **ORDERED** to submit its proposed protective order under the procedures outlined in the Court's Standing Rules Order, (ECF No. 5), not later than 12:00 PM (noon) on April 28, 2021.

    **IT IS SO ORDERED.**

s/    David A. Tapp<br>DAVID A. TAPP, Judge