IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHARLES J. ADAMS, *et al.*,<br><br>                     Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES,<br><br>                     Defendant. | Case No. 20-909 C<br>(Judge David A. Tapp) |

**PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Rules of the Court of Federal Claims ("RCFC"), Plaintiffs hereby give Notice of their filing a First Amended Complaint in the above-captioned case. The Government has indicated in writing that it does not oppose the Plaintiffs amending their complaint pursuant to RCRC 15(a)(2), to permit the addition of party-plaintiffs.

Plaintiffs' First Amended Complaint is being filed contemporaneously with this Notice. The only change made to the complaint is the addition of party-plaintiffs and the addition of the explanatory footnote to Paragraph 7.

Dated: June 2, 2021

Respectfully submitted,

*/s/ David Ricksecker*
David Ricksecker
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C.  20005
Phone: (202) 833-8855
dr@mselaborlaw.com

*Counsel of Record for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document has been filed via the Court's ECF filing system on June 2, 2021, which sent a copy to the following counsel of record:

Eric Laufgraben
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

*/s/ David Ricksecker*
David Ricksecker