# In the United States Court of Federal Claims

No. 20-909C
Filed: July 20, 2022

**CHARLES J. ADAMS, et al.,**

    *Plaintiffs*,

v.

**THE UNITED STATES,**

    *Defendant.*

## ORDER

On June 27, 2022, the Court of Appeals for the Federal Circuit issued an order notifying the parties to *Cody L. Adams, et al. v. United States* that it would take that case under consideration *en banc*. *Cody L. Adams, et al.*, CAFC Case No. 21-1662, (ECF No. 40). That case presents similar if not identical issues to the captioned case. On July 13, 2022, the parties to the captioned case filed a status report jointly requesting a stay pending the Circuit's decision in *Cody L. Adams, et al.*

Accordingly, the Court **STAYS** this case while *Cody L. Adams, et al.* remains pending before the Circuit. The parties are directed to file a Joint Status Report proposing a schedule for further proceedings in this case within 7 days of a decision from the Federal Circuit in *Cody L. Adams, et al.* That status report should include information regarding deadlines for parties to petition for a writ of certiorari, and whether either party intends to do so.

**IT IS SO ORDERED.**



s/    David A. Tapp
DAVID A. TAPP, Judge