IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHARLES J. ADAMS, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES,<br><br>       Defendant. | Case No. 20-909 C<br>(Judge David A. Tapp) |

## **PLAINTIFFS' NOTICE OF FILING FOURTH AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Rules of the Court of Federal Claims ("RCFC"), Plaintiffs hereby give Notice of their filing a Fourth Amended Complaint in the above-captioned case. Pursuant to RCFC 15(a)(2), the Government through its counsel has given its written consent to file the Fourth Amended Complaint.

Plaintiffs' Fourth Amended Complaint is being filed contemporaneously with this Notice. The only change made to the complaint is the addition of two party-plaintiffs and the update of the explanatory footnote to Paragraph 7 and the certificate of service.

Dated: January 27, 2023

                Respectfully submitted,

                */s/ David Ricksecker*
                David Ricksecker
                McGILLIVARY STEELE ELKIN LLP
                1101 Vermont Avenue, N.W.
                Suite 1000
                Washington, D.C.  20005
                Phone: (202) 833-8855
                dr@mselaborlaw.com

                *Counsel of Record for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document has been filed via the Court's ECF filing system on January 27, 2023, which sent a copy to the following counsel of record:

Albert S. Iarossi
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

>                                          */s/ David Ricksecker*
>                                          David Ricksecker